No. 15-25-00140-CV

ACCEPTED
15-25-00140-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/10/2025 5:07 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/10/2025 5:07:24 PM
CHRISTOPHER A. PRINE
Clerk

# In the Court of Appeals
## for the Fifteenth Judicial District
## Austin, Texas

*In re* POWERED BY PEOPLE AND ROBERT FRANCIS O'ROURKE,

*Relators.*

On Writ of Mandamus
348th Judicial District Court, Tarrant County

## UNOPPOSED MOTION TO POSTPONE ARGUMENT

In accordance with Texas Rule of Appellate Procedure 10.5(c), Real Party in Interest, the State of Texas requests an extension of time regarding the December 18, 2025, setting for submission and oral argument. This extension, if granted, would extend the date for oral argument to at least mid-February or late-February. Relators do not oppose this request.

This extension is not sought for delay, but rather to afford appellate counsel for Real Party in Interest the State of Texas, Assistant Attorney General Abigail E. Smith, to have adequate time to prepare for oral argument when she returns from maternity leave in February.

### PRAYER

For the reasons stated, Real Party in Interest, the State of Texas respectfully requests that this court grant an extension of time to at least mid-February or late-February.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

WILLIAM R. PETERSON
Solicitor General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

JOHNATHAN STONE
Chief, Consumer Protection Division

*/s/ Jacob E. Przada*
JACOB E. PRZADA
Assistant Attorney General
State Bar No. 24125371
Jacob.Przada@oag.texas.gov
Office of the Attorney General
P.O. Box 12548 (MC 010)
Austin, Texas 78711-2548
Tel.: (512) 463-2185
Fax: (512) 473-8301

*Counsel for Real Party in Interest the State of Texas*

## CERTIFICATE OF CONFERENCE

I certify that on December 10, 2025, counsel for the State conferred with counsel for Relators, who stated that they do not oppose the extension sought through this motion.

*/s/ Jacob E. Przada*
JACOB E. PRZADA

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Emily Samuels on behalf of Jacob Przada
Bar No. 24125371
emily.samuels@oag.texas.gov
Envelope ID: 108962401
Filing Code Description: Motion
Filing Description: 20251210 States Motion to Postpone Oral Argument 1
Status as of 12/11/2025 7:04 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Farquharson | 24100550 | rob.farquharson@oag.texas.gov | 12/10/2025 5:07:24 PM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 12/10/2025 5:07:24 PM | SENT |
| William FCole | | William.Cole@oag.texas.gov | 12/10/2025 5:07:24 PM | SENT |
| Mimi Marziani | | mmarziani@msgpllc.com | 12/10/2025 5:07:24 PM | SENT |
| Joaquin Gonzalez | | jgonzalez@msgpllc.com | 12/10/2025 5:07:24 PM | SENT |
| Brian Falligant` | | bfalligant@inquestresources.com | 12/10/2025 5:07:24 PM | SENT |
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 12/10/2025 5:07:24 PM | SENT |
| Rebecca Stevens | | bstevens@msgpllc.com | 12/10/2025 5:07:24 PM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 12/10/2025 5:07:24 PM | SENT |
| Sean McCaffity | 24013122 | sjmdocsnotifications@textrial.com | 12/10/2025 5:07:24 PM | ERROR |
| William Peterson | | william.peterson@oag.texas.gov | 12/10/2025 5:07:24 PM | SENT |
| Rebecca Neumann | | rneumann@textrial.com | 12/10/2025 5:07:24 PM | SENT |
| Nancy Bentley | | ndbentley@tarrantcountytx.gov | 12/10/2025 5:07:24 PM | SENT |
| Lisa Adams | | LAAdams@tarrantcountytx.gov | 12/10/2025 5:07:24 PM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| William Cole | 24124187 | William.Cole@oag.texas.gov | 12/10/2025 5:07:24 PM | SENT |
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 12/10/2025 5:07:24 PM | SENT |
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 12/10/2025 5:07:24 PM | SENT |
| Justin Sassaman | | justin.sassaman@oag.texas.gov | 12/10/2025 5:07:24 PM | SENT |
| William Peterson | | William.Peterson@oag.texas.gov | 12/10/2025 5:07:24 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Emily Samuels on behalf of Jacob Przada
Bar No. 24125371
emily.samuels@oag.texas.gov
Envelope ID: 108962401
Filing Code Description: Motion
Filing Description: 20251210 States Motion to Postpone Oral Argument 1
Status as of 12/11/2025 7:04 AM CST

Associated Case Party: State of Texas

| William Peterson | | William.Peterson@oag.texas.gov | 12/10/2025 5:07:24 PM | SENT |
|---|---|---|---|---|
| Abby Smith | | abby.smith@oag.texas.gov | 12/10/2025 5:07:24 PM | SENT |